IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01734-BNB

RANDY K. GOMETZ,

    Plaintiff,

v.

G. KNOX,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT ~ 9 2007

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Randy K. Gometz is a prisoner in the custody of the United States

Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at

Florence, Colorado. Mr. Gometz initiated this action by filing *pro se* a letter to the Court

and a "Motion for Preliminary Injunction or Petition for Mandamus." In an order filed on

August 17, 2007, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to

commence a civil action and directed Mr. Gometz to cure certain deficiencies if he

wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr.

Gometz to file a Prisoner Complaint on the proper form and either to pay the filing fee

or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C.

§ 1915. Mr. Gometz was warned that the action would be dismissed without further

notice if he failed to cure the deficiencies within thirty days.

On August 27, 2007, Mr. Gometz filed another "Motion for Preliminary Injunction

or Petition for Writ of Mandamus." On September 17, 2007, Mr. Gometz filed another

letter to the Court stating that he has not received a docket number and inquiring into the status of his motions for a preliminary injunction or mandamus relief.  On September 26, 2007, Mr. Gometz filed a "Motion to Reconsider, or in the Alternative, Leave to Proceed on Interlocutory Appeal" and a "Memorandum of Law for Motion to Reconsider."  In the September 26 motion, Mr. Gometz asks the Court to reconsider the order directing him to cure the deficiencies in this action.  In support of this request he states that he has no intention of filing a Prisoner Complaint or paying a filing fee at this time because the issues he is raising in his motions for a preliminary injunction or mandamus relief are part of a lawsuit he intends to file after he exhausts administrative remedies.  Mr. Gometz further alleges that all he seeks at this time is a preliminary injunction or mandamus relief to allow him to exhaust administrative remedies so that he can file his complaint.

The motion to reconsider will be denied.  The Court lacks jurisdiction to grant or even consider preliminary injunctive or mandamus relief prior to the filing of a complaint. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."); *see also Adair v. England*, 193 F. Supp.2d 196, 200 (D.D.C. 2002) ("When no complaint is filed, the court lacks jurisdiction to entertain the plaintiff's petition for injunctive relief."); *P.K. Family Restaurant v. Internal Revenue Serv.*, 535 F. Supp. 1223, 1224 (N.D. Ohio 1982) (same).  Furthermore, because Mr. Gometz asserts that he has no intention of complying with Magistrate Judge Shaffer's order to cure the deficiencies, the instant action will be dismissed without prejudice for failure to cure the deficiencies.  Mr. Gometz' alternative request for leave to take an interlocutory appeal

2

also will be denied because the instant action will be dismissed.  However, Mr. Gometz

is free to file a notice of appeal from the final judgment that will be entered in this action

if he so chooses.  Accordingly, it is

ORDERED that the "Motion to Reconsider, or in the Alternative, Leave to

Proceed on Interlocutory Appeal" filed on September 26, 2007, is denied.  It is

FURTHER ORDERED that the action is dismissed without prejudice for failure to

cure the deficiencies.  It is

FURTHER ORDERED that the "Motion for Preliminary Injunction or Petition for

Mandamus" filed on August 17, 2007, and the "Motion for Preliminary Injunction or

Petition for Writ of Mandamus" filed on August 27, 2007 are denied as moot.

DATED at Denver, Colorado, this _9_ day of _____Oct._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01734-BNB

Randy K. Gometz
Reg. No. 35556-118
USP - ADXMAX
PO Box 8500
Florence, CO 81226


        I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the
above-named individuals on___10/9/07___


                                            GREGORY C. LANGHAM, CLERK


                                    By:_____
                                                    Deputy Clerk